# EXHIBIT "19"

## Brett D. Watson

| | |
|---|---|
| **From:** | pwersant@ioucentral.com |
| **Sent:** | Monday, December 23, 2019 1:08 PM |
| **To:** | calvinpark@us-attorney.net |
| **Cc:** | Brett D. Watson |
| **Subject:** | Runi Express v. IOU Central |

Mr. Park,

We confirm your client's alleged claims seek a principal amount of damages in the sum of $68,910.00 plus your alleged attorneys fees in an additional sum of at least $10,000.00 per your below demand.

Sincerely,

**Paul Wersant**
Attorney
O: 866.217.8564 ext.424
D: 678.264.2358
F: 866.404.5117
pwersant@ioufinancial.com

**From:** Calvin Park [mailto:calvinpark@us-attorney.net]
**Sent:** Sunday, November 10, 2019 3:02 PM
**To:** Brett D. Watson
**Subject:** RE: Runi Express v. IOU Central

Br0ett,

I am sorry for not getting back to you sooner.

The damages we will be seeking is the treble damages for the concealed fees ($17,000 + $5,970), which would come out to $68,910.

There is no attorney fees provision in the contract, but it is recoverable under B&P 17200 & CCP 1021.5.

We can discuss to see if we can narrow the gap, or we can try to resolve it with a mediator.

Let me know what you think.

Thanks,

Calvin

Law Offices of Calvin J. Park, APC
2105 Beverly Blvd., Suite 127
Los Angeles, CA 90057

1

Tel: (213) 380-3601 : Fax: (213) 389-3601

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL, AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED, AND YOU ARE TO PROPERLY DISCARD THIS MESSAGE. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY REPLYING TO THIS EMAIL OR CALL US AT (213) 380-3601 IN THE U.S.A.

EXH 19, PG 165