1  CALVIN J. PARK, State Bar No. 213765
   LAW OFFICES OF CALVIN J. PARK, APC
2  2105 Beverly Blvd., Suite 127
   Los Angeles, California 90057
3  Tel: (213) 380-3601 | Fax: (213) 389-3601

4  Attorney for Plaintiff
   RUNI EXPRESS, INC.

5

## UNITED STATES DISTRICT COURT
## DISTRICT OF CALIFORNIA – CENTRAL DISTRICT

| | |
|---|---|
| RUNI EXPRESS, INC. d/b/a BLANC APPAREL/J & SKY, <br><br> Plaintiff, <br><br> vs. <br><br> IOU CENTRAL, INC. d/b/a IOU FINANCIAL, INC., <br><br> Defendants. | Case No. 2:19-cv-10969-MRW <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |

PLEASE TAKE NOTICE that Plaintiff, RUNI EXPRESS, INC. d/b/a BLANC APPAREL/J & SKY and Defendant, IOU CENTRAL, INC. d/b/a IOU FINANCIAL, INC. per Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to dismissal of this entire action with prejudice.

DATED: January 15, 2020

　　　　　　　　　　　　　　　　/s/ Calvin J. Park____
　　　　　　　　　　　　　　　　For Plaintiff
　　　　　　　　　　　　　　　　LAW OFFICES OF CALVIN J.
　　　　　　　　　　　　　　　　PARK, APC CALVIN J. PARK

DATED: January 15, 2020　　　　LOMBARDI & DONOHUE LLP

　　　　　　　　　　　　　　　　*By*　*/s/ Brett D. Watson*
　　　　　　　　　　　　　　　　Brett D. Watson
　　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　　IOU CENTRAL, INC

## CERTIFICATE OF SERVICE

I certify a precise copy of this document was filed ECF on the below date, sending notice to opposing counsel of record.

DATED: January 15, 2020　　　　　　LOMBARDI & DONOHUE LLP

　　　　　　　　　　　　　　　　　*By*　　*/s/ Brett D. Watson*
　　　　　　　　　　　　　　　　　　　　Brett D. Watson
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　　　　　　IOU CENTRAL, INC